# EXHIBIT 2





EXHIBIT 2

AUTO     06/28/2017 REGISTRATION VALID FROM TO 06/28/2018     TYPE 11     LICENSE NUMBER 5PBE275

VEHICLE IDENTIFICATION NUMBER
1YVFP80C455M66906

| | CYLS. | DATE FIRST SOLD | CLASS | MAKE MAZD | |
|---|---|---|---|---|---|
| BODY TYPE MODEL SD | | 00/00/2005 | BH | YR 2014 | Yr. Model 2005 |
| DATE ISSUED 08/18/2017 | TYPE VEH. 120 | MP G | AX | WC | UNLADEN/G/CGW | TOTAL FEES PAID $187 3700 |

REGISTERED OWNER

JAN CAMERON KENDRICK HONDO
5464 CARLSBAD BLVD
CARLSBAD   CA 92008-4416

LIENHOLDER   0

L0025

RJ7081520174009

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
VALIDATED REGISTRATION CARD   J 1852997
READ REVERSE SIDE - IMPORTANT INSTRUCTIONS

EXHIBIT 2

9/25/2017                                          Takata Settlement - Registration/Claim Form Confirmation

1-888-735-5596                                                              Main (/en) | Español (/es/Claim/Confirmation)

# In Re: Takata Airbag Products Liability Litigation
## BMW, Honda, Mazda, Nissan, Subaru, and Toyota Settlements (/en)

No. 15-MD-2599-FAM

## Submit a Registration/Claim Form - Confirmation

Thank you for your submission. Your Confirmation Number is: **2LBIWOUA**.

Q © 2017 Epiq Systems, Inc., (http://www.epiqsystems.com) All rights reserved | Privacy Policy (/en/Home/Privacy) | Version: 1.0.0.80 | Updated: 9/21/2017 3:04:42 PM

EXHIBIT 2

1/1