UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

<u>CRAIG DUNN, ET AL.</u>          Case No. <u>14-24009-CIV-KING</u>
_____
                              Date    <u>October 30, 2014</u>
vs.

<u>TAKATA CORPORATION, ET AAL</u>.         JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Carly Horenkamp
**TYPE OF PROCEEDING:**

Scheduling Conference__         Status Conference___
Pre-Trial Conference ____       Motion Hearing _X__

Counsel for Plaintiff: <u>Peter Prieto, Esq.  Martis Alex, Esq.</u>
<u>Roland Tellis, Esq.</u>
Counsel for Defendant: <u>Thomas Scott, Esq.  Richard Cole, Esq.</u>

Motion:   MOTION FOR DEFAULT JUDGMENT
Granted / Denied/  Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/ NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/KEY WEST
TRIAL CONTINUED TO:        _____
RULE 16 SCHEDULING CONFERENCE CONTINUED TO:

- Plaintiffs' Emergency Motion to Expedite Discovery held
- Counsel for the Plaintiffs outlined the cause of action in the Complaint (Public Safety concern)
- The parties have agreed to a proposed Briefing Schedule as to the Service and Pleadings
- The Court finds that the proposed schedule is adequate to allow the remaining defendants to be served and have due process
- The Court finds that a Rule 16 Scheduling Conference Hearing is hereby set for **Monday, December 8, 2014 at 10 00 AM**