UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24009-CIV-KING

CRAIG DUNN, PAM KOEHLER,
ZULEMARIE RIVERA, TRU VALUE
AUTO MALLS, LLC, DAVID M.
JORGENSEN, ANNA MARIE
BRECHTELL FLATMANN, ROBERT
REDFEARN, JR., TARSHA R.
SIVERIO, KENNETH G. DESIE,
GREGORY MCCARTHY, NICOLE
PEASLEE, KAREN SWITKOWSKI,
ANTHONY D. DARK, LEMON AUTO
SALES, INC., NATHAN BORDEWICH,
KATHLEEN WILKINSON, HAYDEE
MASNI, and NANCY BARNETT, *on
behalf of themselves and all those
similarly-situated*,

    Plaintiffs,

v.

TAKATA CORPORATION, TK
HOLDINGS, INC., HIGHLAND
INDUSTRIES, INC., HONDA MOTOR
COMPANY, LTD., AMERICAN
HONDA CO., INC., BAYRICHIE
MOTOREN WERKE AG, BMW
MANUFACTURING CO., LLC, FORD
MOTOR COMPANY, TOYOTA
MOTOR SALES, U.S.A., INC., and
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH
AMERICA, INC.,

    Defendants.
_____/

**ORDER SETTING
RULE 16 SCHEDULING CONFERENCE**

Pursuant to the Local Rules of the United States District Court for the Southern District of Florida, counsel for the respective parties are hereby required to appear before the Court on **Monday, December 8, 2014 at 2:00 p.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, 11th Floor, Courtroom II, Miami, FL for the purpose of discussion and determination of all of those items outlined in the Rule 16.1.B provision of the local rules. **Counsel shall notify opposing counsel of the instance date (If No service has been effectuated).**

Counsel are advised that they should be fully prepared to discuss the names, identity and addresses of all prospective witnesses for each side; to exchange copies of relevant documents that each of the parties believe will be necessary for consideration during discovery and at the trial; proposed dates for the taking of such depositions as the attorneys in good faith believe will be necessary to be deposed before the cut-off of discovery and pleading practice; and the legal issues raised by the Complaint, Answer and any Affirmative Defenses, and dates for pretrial conference and trial.

Failure to appear without good cause will result in the imposition of sanctions, which may include dismissal or default judgment.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 31st day of October, 2014.

                                                 *James Lawrence King*
                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

cc:

## *Counsel for Plaintiff:*

**John Gravante , III**
Podhurst Orseck, P.A.
25 West Flagler Street
Suite 800
Miami, FL 33130
305-358-2800
Fax: 305-358-2382
Email: jgravante@podhurst.com

**Matthew Weinshall**
Podhurst Orseck
25 West Flagler Street
Suite 800
Miami, FL 33130
305-358-2800
Email: mweinshall@podhurst.com

**Peter Prieto**
Podhurst Orseck, P.A.
25 West Flagler Street
Suite 800
Miami, FL 33130
305-358-2800
Fax: 305-358-2382
Email: pprieto@podhurst.com

**Martis Alex**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
212-907-0700
Email: malex@labaton.com

3

**_Counsel for Defendant:_**

**Thomas E. Scott , Jr.**
Cole Scott & Kissane
Dadeland Centre II Suite 1400
9150 S Dadeland Boulevard
Miami, FL 33156
305-350-5381
Fax: 305-373-2294
Email: thomas.scott@csklegal.com