UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MDL No. 15-2599
Master File No. 15-02599-CIV-Moreno
S.D. Fla. Case No. _____

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**,

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

## ORDER SETTING STATUS HEARING

THIS CAUSE came before the Court upon a sua sponte review of the record. It is **ADJUDGED** that:

1. STATUS CONFERENCE - A status conference shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 N. Miami Ave., Miami, FL 33128 on **Friday, February 20, 2015 at 10:00 am**.

   a. **Attendance** - To minimize costs and facilitate a manageable conference, parties are not required to attend the conference, and parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference. A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation, and attendance at the conference will not waive objections to jurisdiction, venue, or service.

   b. **Other Participants** - Persons who are not named in this litigation

but may later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend in person or by counsel.

2. **PRELIMINARY REPORT** - Counsel will submit to the Court by **Thursday, February 19, 2015**, a brief written statement, not to exceed two pages, indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be binding, will not waive claims or defenses, and may not be offered in evidence against a party in later proceedings. Counsel shall append to the Preliminary Report the following items:

   a. **List of Affiliated Companies and Counsel** - To assist the Court in identifying any problems of recusal or disqualification, counsel shall submit to the Court a list of all companies affiliated with the parties and all counsel associated in the litigation.

   b. **List of Pending Motions** - Counsel shall submit a list of all motions pending before the original court or this Court.

   c. **List of Related Cases** - Counsel shall submit a list of all related cases pending in state or federal court and their current status, to the extent known. In addition, Counsel shall state whether there is an expectation of these cases becoming "tag along" cases.

3. **SERVICE LIST** - This Order is electronically mailed to counsel of record. Counsel are requested to forward a copy of the order to any attorneys who should be notified of the conference. Counsel not admitted into the Southern District of Florida shall be required to file a motion to be admitted *pro hac vice* and obtain local counsel

pursuant to Local Rule 4.

4. **FILING REQUIREMENTS** - To clarify the Clerk's requirements and to expedite the resolution of pending motions, the Court directs counsel to comply with the following filing requirements and procedures:

    a. **Case Style** - All documents filed in this case shall include the Multidistrict Litigation Number 2599 and the Mater File Number 15-02599, as well as the new case number for each individually transferred case in the Southern District of Florida.

5. The Clerk is directed to assign an individual Southern District of Florida case number to each transferred case upon final transfer from the Mutidistrict Panel.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of February, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record