UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 15-25999
Master File No. 2599-MD-Moreno

| |
|---|
| IN RE: TAKATA AIRBAF PRODUCTS LIABILITY LITIGATION |
| This Document Relates To: |
| All Cases |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiffs and Defendants file this Joint Motion seeking the entry of the attached Stipulated Protective Order governing, among other things, the production and handling in this MDL proceeding of documents designated "Confidential" or "Highly Confidential" by the producing parties. The Stipulated Protective Order has been agreed to by the parties and incorporates the recommendations contained in the Special Master's Report and Recommendation of August 7, 2015 (Dkt. 641).

Dated: August 14, 2015                     Respectfully submitted,

                                           PODHURST ORSECK, P.A.

                                            /s/ Peter Prieto
                                           Peter Prieto (FBN 501492)
                                           25 West Flagler Street, Suite 800
                                           Miami, Florida 33130
                                           Phone: (305) 358-2800
                                           Fax: (305) 358-2382
                                           pprieto@podhurst.com

                                           *Chair Lead Counsel for Plaintiffs*

| | |
|---|---|
| **COLSON HICKS EIDSON, P.A.**<br>Curtis Miner (FBN 885681)<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **POWER ROGERS & SMITH, P.C.**<br>Todd A. Smith<br>tsmith@prslaw.com<br>70 West Madison St., 55th Floor<br>Chicago, IL 60602<br>T: 312-236-9381<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8300<br>dboies@bsfllp.com<br><br>Stephen N. Zack, Esq. (FBN 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 539-8400<br>Fax: (305) 539-1307<br>szack@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | |

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP


/s/_Mitchell Widom_____
Mitchell Widom
mwidom@bilzin.com
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
T: 305 374-7580
F: 305 374-7593

SIDLEY AUSTIN LLP
Michael L. Mallow (*admitted pro hac vice*)
mmallow@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
T: 213 896-6000
F: 213 896-6600

SIDLEY AUSTIN LLP
Eric S. Mattson (*admitted pro hac vice*)
emattson@sidley.com
Michael C. Andolina (*admitted pro hac vice*)
mandolina@sidley.com
One South Dearborn Street
Chicago, IL 60603
T: 312 853-7000
F: 312 853-7036

*Counsel for American Honda Motor Co.,
Inc. and Honda of America Mfg., Inc.*

2

| | |
|---|---|
| David Bernick<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>212-698-3551<br>Email: david.bernick@dechert.com<br><br>*Lead Counsel for Takata Corporation and TK Holdings, Inc.* | Joel Smith<br>Email: Joel.Smith@bowmanandbrooke.com<br>Bowman & Brooke, LLP<br>1441 Main Street<br>Suite 1200<br>Columbia, South Carolina 29201<br>803-726-7422<br><br>*Lead Counsel for American Honda Co., Inc., Honda of America Mfg., Inc.* |
| Rosemary J. Bruno<br>Buchanan Ingersoll & Rooney, PC<br>550 Broad Street, Suite 810<br>Newark, NJ 07102<br>973-273-9800<br>Email: rosmary.bruno@bipc.com<br><br>Eric Y. Kizirian<br>Lewis Brisbois Bisgaard and Smith, LLP<br>633 West Fifth Street<br>Suite 400<br>Los Angeles, CA 90071<br>213 250-1800<br>Email: eric.kizirian@lewisbrisbois.com<br><br>*Lead Counsel BMW of North America, LLC, BMW Manufacturing Co., LLC* | Terri S. Reiskin<br>Dykema Gossett PLLC<br>1300 I Street NW, Suite 300 West<br>Washington, DC 20005<br>202-906-8600<br>Email: treiskin@dykema.com<br><br>*Lead Counsel for Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering, Manufacturing North America, Inc.* |
| Joel A. Dewey<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410-580-4289<br>Email: jeffrey.yeatman@dlapiper.com<br><br>*Lead Counsel for Ford Motor Company* | Cari K. Dawson<br>Alston & Bird, LLP<br>1201 W Peachtree Street<br>1 Atlantic Center<br>Atlanta, GA 30309<br>404-881-7766<br>Email: cari.dawson@alston.com<br><br>*Lead Counsel Mazda Motor America* |
| E. Paul Cauley, Jr.<br>Sedgwick, LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>469-227-8200<br>Email: paul.cauley@sedgwicklaw.com<br><br>*Lead Counsel for Nissan North America* | Jeffrey Chase<br>jchase@herzfeld-rubin.com<br>Michael Gallub<br>mgallub@herzfeld-rubin.com<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, New York 10004<br>212-471-8460<br><br>*Lead Counsel for Subaru of America, Inc.* |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August ___, 2015, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmissions of Notices of Electronic Filing generated by CM/ECF.

By: /s/  *Curtis Miner*
    Curtis Miner