UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO
15-20664-CV-MORENO
14-24009-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

_____/

THIS DOCUMENT RELATES TO
ALL CASES

_____/

## ORDER GRANTING MOTION FOR JUDICIAL NOTICE

THIS MATTER comes before the Court upon Takata's Request for Judicial Notice of Consent Order Agreement with NHTSA and Related Documents ("Motion") [D.E. 834]. Takata requests that the Court take judicial notice of NHTSA's Consent Order Agreement, NHTSA's Coordinated Remedy Order; and copies of NHTSA's Facts Sheets relating to the Consent Order and the Coordinated Remedy Order. Because these documents are not subject to reasonable dispute, as the Records are maintained by NHTSA, it is

**ORDERED** that the Motion [D.E. 834] is **GRANTED**.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 24 day of March, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record