UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 1:14-cv-24009-MORENO

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### PLAINTIFFS' STATUS REPORT PRECEDING APRIL 14, 2016 STATUS CONFERENCE

Pursuant to this Court's Order appointing Plaintiffs' Counsel and Setting Schedule [D.E. #393], Plaintiffs submit this Status Report in advance of the April 14, 2016 Status Conference to update the Court on the status of this MDL and recent, relevant developments.

*A.   STATUS*

Plaintiffs are continuing to review Defendants' document productions, and continue their efforts to streamline this litigation by identifying and prioritizing the discovery they need to prosecute the cases in this MDL effectively, yet efficiently.  Per the Court's Order of February 23, 2016, the parties are required to "substantially complete document production" by June 6, 2016. [D.E. #940]

*1.   Discovery*

On February 2, 2016, Plaintiffs served all Defendants – domestic and foreign – with Rule 30(b)(6) notices for depositions.  Generally, these depositions seek information regarding 1) the corporate organization and structure of Defendants; 2) the manner in which Defendants maintain

their records, as well as the process they have followed in producing records to Plaintiffs; and 3) the general process by which the Takata Defendants and the Automaker Defendants design, test, manufacture, and monitor the inflators and airbags at issue in this MDL.

Defendants have filed objections to the topics identified in the 30(b)(6) depositions, and Plaintiffs will be conferring with Defendants within the next couple of weeks to reach agreement on the language of the topics to be addressed during these depositions. To date, Defendants Takata, Honda, and Toyota have provided dates on which these depositions will be conducted. Plaintiffs will attempt to secure dates from the remaining Defendants for the 30(b)(6) depositions in the very near future.

Defendants have deposed sixteen (16) class representatives, and are in the process of deposing another twenty-three (23) class representatives during the month of April.

The parties are in the process of discussing a "deposition protocol" that Defendants have proposed be executed. The parties have exchanged drafts and have held at least one meet and confer conference call to discuss their disagreements concerning the protocol.

Since the Court's last status conference, and pursuant to this Court's Order requiring the parties to meet and confer on 1) the scope of discovery; and 2) search terms, Plaintiffs have held a series of conference calls - - and at least one face to face meeting - - with Defendants, to try to reach agreement on these issues. The parties were able to reach agreement on most of the issues relating to search terms and the scope of discovery. The few issues on which an agreement could not be reached have been submitted to the Special Master.

   *2. Other Items*

To date, the Court has resolved several pending motions to dismiss, including Takata's and Honda's motions to dismiss claims under the Racketeer Influenced Corrupt Organizations Act, 18

U.S.C. §§ 1961 – 1964 ("RICO") [D.E. #871], as well as several motions to dismiss addressed to the personal injury claims [D.E. # 870, 884, 885, 886, 887]. Defendants Takata Corporation, TK Holdings, Inc., BMW of North America, LLC, Honda Motor Co., Ltd., Honda of America Manufacturing, Inc., Honda R&D Co., America Honda Motor Co., Nissan North America, Inc., and Nissan Motor Co. have filed Answers to the Personal Injury Second Amended Complaint [D.E. # 883, 901, 902, 988, 989, 997, 998].

On March 11, 2016, the Court also granted the Automotive Defendants' Motion to Dismiss Automotive Recyclers Association's Claims, without prejudice [D.E. #975]. Accordingly, Counts 104 through 106 of Plaintiffs' Second Amended Class Action Complaint were dismissed as to the Automotive Defendants without prejudice. Plaintiffs intend to amend the existing complaint to re-allege the claims brought by the recyclers.

### 3. *Proceedings Before Special Master*

The parties continue to present discovery disputes to Special Master, John Delionado. The following items are currently pending before the Special Master:

a. Honda's Motion to Compel in *Tran v. American Honda, Inc.;* PI Case No. 15-CIV-22197; the dispute was submitted to the Special Master on February 2, 2016;

b. Automotive Defendants' Motion to Compel Production of Class Representatives' Engagement Letters; Automotive Defendants submitted their motion to the Special Master on March 1, 2016, and Plaintiffs submitted their response on March 11, 2016;

c. Dispute re: Scope of Discovery between Plaintiffs and Honda; Plaintiffs submitted a memorandum regarding the dispute to the Special Master on March 24, 2016, and the Honda Defendants submitted a response on April 4, 2016;

d. Dispute re: Scope of Discovery between Plaintiffs and BMW, NA; Plaintiffs submitted a memorandum regarding the dispute to the Special Master on March 24, 2016, and BMW submitted a response on April 4, 2016;

    e.      Dispute re: Search Terms "AN" and "ED"; Plaintiffs submitted their Memorandum to the Special Master on March 30, 2016, and the Automotive Defendants have indicated that they intend to submit a response by April 11, 2016; and

    f.      Plaintiffs' Motion to Compel BMW, NA to produce documents held by BMW, AG; Plaintiffs submitted their motion to the Special Master on April 8, 2016, and BMW's response will be due on April 18, 2016.

Plaintiffs also expect that a dispute regarding Defendants' proposed "deposition protocol" will be presented to the Special Master in the near future, as Defendants have indicated that they will insist on a protocol being in place before any of Defendants' depositions are taken.

## B.    RECENT DEVELOPMENTS

There have been recent developments in the ongoing Takata recall of ammonium-nitrate inflators. On or about April 6, 2016, the National Highway Traffic Safety Administration ("NHTSA") confirmed the tenth U.S. death – and eleventh worldwide – caused by a Takata inflator, when Huma Hanif, a 17-year old high school student from Texas, was killed after being involved in what was described as a minor accident.[1] She was driving a 2002 Honda Civic. A piece of shrapnel from the exploding inflator pierced Ms. Hanif's neck. She died at the scene of the accident.

Dated: April 8, 2016                                  Respectfully submitted,

                                                                                       **PODHURST ORSECK, P.A.**

                                                                                      */s/ Peter Prieto*
                                                                                      Peter Prieto (FBN 501492)
                                                                                      Aaron S. Podhurst (FBN 63606)
                                                                                      Stephen F. Rosenthal (FBN 131458)
                                                                                      John Gravante (FBN 617113)
                                                                                      Matthew P. Weinshall (FBN 84783)

---

[1] *See* Hiroko Tabuchi, *Teenage Driver Dies in Texas After Takata Airbag Ruptures in Crash*, N.Y. Times, April 6, 2016, at A1 (available at http://www.nytimes.com/2016/04/07/business/teenage-driver-dies-in-texas-after-takata-airbag-ruptures-in-crash.html?_r=0).

Alissa Del Riego (FBN 99742)
25 West Flagler Street, Suite 800
Miami, Florida 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
 apodhurst@podhurst.com
 srosenthal@podhurst.com
 jgravante@podhurst.com
 mweinshall@podhurst.com
 adelriego@podhurst.com

***Chair Lead Counsel for Plaintiffs***

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **POWER ROGERS & SMITH, P.C.**<br>Todd A. Smith<br>tsmith@prslaw.com<br>70 West Madison St., 55th Floor<br>Chicago, IL 60602<br>T: (312) 236-9381<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:   (914) 749-8200<br>Fax:   (914) 749-8300<br>Email: dboies@bsfllp.com<br>          mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>Mark J. Heise (Fla. Bar No. 771090)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:   (305) 539-8400<br>Fax:   (305) 539-1307<br>Email: szack@bsfllp.com<br>          mheise@bsfllp.com<br><br>Richard B. Drubel<br>Jonathan R. Voegele<br>26 South Main Street<br>Hanover, NH 03755<br>Tel:   (603) 643-9090<br>Fax:   (603) 643-9010<br>Email: rdrubel@bsfllp.com<br>          jvoegele@bsfllp.com<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>Todd Walburg<br>twalburg@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

6

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF and served upon all counsel of record via delivery of Electronic Notices of Filing on April 8, 2016.

By: */s/ Peter Prieto*
      Peter Prieto