IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ECONOMIC DAMAGES TRACK CASES | MDL No. 2599<br>Master File No. 15-2599-MD-MORENO<br>S.D. Fla. Case No. 1:14-cv-24009 |

**MOTION FOR CLARIFICATION**

Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation (collectively referred to herein as the "Toyota Defendants" or "Toyota") hereby respectfully request the Court to clarify its Order of April 22, 2016 [D.E. 1038]. The Order relates to Toyota's Notice Regarding Pending Motions to Dismiss (hereinafter the "Notice") [D.E. 956], which stated that in light of the recent decision by the two Nevada Plaintiffs not to continue with the litigation, their claims against Toyota should be dismissed. The Order states that it is treating the Notice as a motion to dismiss and then denies the motion, finding dismissal of Counts 3, 40-46, and 79-80 "inappropriate at this time." The Toyota Defendants request clarification that this ruling applies only to the ground stated in the Notice itself, and not to the various other grounds for dismissal raised in the Toyota Defendants' pending Motions to Dismiss [D.E. 614 and 687]. Toyota believes the Court did not decide any such issues relating to Counts 3, 40-46 and 79-80 and those Counts have not been ruled on, and that a clarification on that point now would help avoid confusion later.

In the Motions to Dismiss filed by the Toyota Defendants in 2015 [D.E. 614 and 687], a number of grounds were raised for dismissal of the claims against Toyota asserted by the two

Nevada plaintiffs, Charles and Dana Talamantes. [See D.E. 614, at Sections II(A)-(C), III(A) & (C)-(D), IV(A)-(B), VI, and VIII(A)-(B).] The Notice asserted an *additional* ground, based on the understanding that the Talamantes Plaintiffs planned to dismiss their claims, leaving no Nevada Plaintiffs to assert any claims against Toyota. Toyota understands the Court's Order of April 22nd to address only this *additional* ground, and not the various other grounds raised in the pending Motions to Dismiss, which remain under advisement. However, the April 22nd Order could be misunderstood in that it does not explain that the reason dismissal of the referenced Counts is inappropriate at this time is because the Talamantes Plaintiffs have not yet formally voluntarily dismissed their claims, and that the April 22nd Order is not a ruling on the unrelated grounds for dismissal made in Toyota's Motion to Dismiss. For this reason, the Toyota Defendants respectfully request that the Court clarify its Order. Plaintiffs have been consulted regarding this Motion and have asked the Toyota Defendants to represent that Plaintiffs oppose the Motion because they do not think there is a need for clarification.

      WHEREFORE, the Toyota Defendants respectfully request the Court to issue an Order making clear that its Order of April 22, 2016, extends only to the ground for dismissal of Counts 3, 40-46, 79 and 80 raised in the Notice [D.E. 956]. A proposed form of Order is attached.

Respectfully submitted,

*s/ Robert M. Brochin*
**Robert M. Brochin**
Florida Bar No. 319661
rbrochin@morganlewis.com
**MORGAN LEWIS & BOCKIUS LLP**
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131
T: 305 415 3456
F: 305 415 3001

**Terri S. Reiskin** (admitted *pro hac vice*)
treiskin@dykema.com
**DYKEMA GOSSETT PLLC**
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
T: 202 906-8600
F: 855 216-7884
*(admitted pro hac vice)*

**John C. Seipp, Jr.**
John.seipp@bowmanandbrooke.com
**Donald A. Blackwell**
Don.blackwell@bowmanandbrooke.com
**BOWMAN & BROOKE LLC**
Two Alhambra Plaza, Suite 800
Miami, FL 33134
T: 305 995-5600
F: 305 995-6100


*Counsel for Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of April 2016, copies of the foregoing Motion for Clarification or Reconsideration were served via ECF on the following lead counsel for all parties, and on any other counsel registered to receive ECF service in this litigation.

                         *s/ Robert M. Brochin*

**Rosemary J. Bruno**
rosmary.bruno@bipc.com
(*admitted pro hac vice*)
**Christopher Dalton**
christopher.dalton@bipc.com
(*admitted pro hac vice*)
**Jesse H. Diner**
jesse.diner@bipc.com
**BUCHANAN INGERSOLL & ROONEY, PC**
550 Broad Street, Suite 810
Newark, NJ 07102 T: 973 273-9800
**BUCHANAN INGERSOLL & ROONEY, PC**
1200 East Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: 954-703-3900

**Eric Kizirian**
eric.kizirian@lewisbrisbois.com
(*admitted pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
T: 213-250-1800

*Lead Counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC*

**Joel A. Dewey**
joel.dewey@dlapiper.com
**Jeffrey M. Yeatman**
jeffrey.yeatman@dlapiper.com
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
T: 410 580-3000
F: 410 580-3001
(*admitted pro hac vice*)

**Fredrick H.L. McClure**
Florida Bar No. 147354
fredrick.mcclure@dlapiper.com
**J. Trumon Phillips**
Florida Bar No. 0084568
trumon.phillips@dlapiper.com
**DLA PIPER LLP (US)**
100 North Tampa Street, Suite 2200
Tampa, FL 33602
T: 813 229-2111
F: 813 229-1447

**Jill C. Griset**
jgriset@mcguirewoods.com
**MCGUIREWOODS, LLP**
201 N Tryon Street, Suite 3000
Charlotte, NC 28202
T: 704 343-2193
F: 704 444-8734
(*admitted pro hac vice*)

*Counsel for Ford Motor Company*

4

**Michael R. Tein**
mtein@lewistein.com
**Guy A. Lewis**
glewis@lewistein.com
**LEWIS TEIN PL**
3059 Grand Ave., Suite 340
Coconut Grove, FL 33133
T: 305 442-1101

**Cari K. Dawson**
cari.dawson@alston.com
**Scott A. Elder**
scott.elder@alston.com
**Daniel C. Norris**
daniel.norris@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
T: 404 881-7000
F: 404 881-7777

*Counsel for Mazda Motor of America, Inc. and Mazda Motor Corporation*

**Michael L. Mallow** (admitted pro hac vice)
mmallow@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
T: 213 896-6000
F: 213 896-6600

**Eric S. Mattson** (admitted pro hac vice)
emattson@sidley.com
**Michael C. Andolina** (admitted pro hac vice) mandolina@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
T: 312 853-7000
F: 312 853-7036

**E. Paul Cauley, Jr.**
paul.cauley@sedgwicklaw.com
**SEDGWICK LLP**
1717 Main Street
Suite 5400
Dallas, TX 75201-7367
T: 469 227-8200
F: 469 227-8004
(*pro hac vice forthcoming*)

Kimberly A. Cook
kimberly.cook@sedgwicklaw.com
**SEDGWICK LLP**
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131
T: 305 670-4777
F: 305 670-7007

*Counsel for Nissan North America, Inc. and Nissan Motor Co., Ltd.*

**JEFFREY L. Chase**
jchase@herzfeld-rubin.com
**Michael Gallub**
mgallub@herzfeld-rubin.com
**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, NY 10004
T: 212 471-8500
F: 212 344-3333

**Stanley H. Wakshlag**
shw@knpa.com
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
T: 305-373-1000
F: 305 372-1861

*Counsel for Subaru of America, Inc. and Fuji Heavy Industries, Ltd.*

5

**Marty Steinberg**
marty.steinberg@hoganlovells.com
**HOGAN LOVELLS LLP**
600 Brickell Avenue, Suite 2700
Miami, FL 33131
T: 305 459-6629
F: 305 459-6550

**Mitchell E. Widom**
mwidom@bilzin.com
**BILZIN SUMBERG BAENA
PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
T: 305 374-7580
F: 305 374-7593

*Counsel for American Honda Motor Co.,
Inc., Honda of America Mfg., Inc., Honda
Motor Co., Ltd., and Honda R&D Co. Ltd.*

| | |
|---|---|
| **Curtis Bradley Miner**<br>curt@colson.com<br>**Lewis S. "Mike" Eidson**<br>mike@colson.com<br>**COLSON HICKS EIDSON, P.A.**<br>255 Alhambra Circle, PH<br>Coral Gables, Florida 33134<br>T: (305) 476-7400<br>F: (305) 476-7444<br>*Plaintiffs' Lead Counsel, Personal Injury Track* | **Peter Prieto**<br>Florida Bar No. 501492<br>pprieto@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>T: (305) 358-2800<br>F: (305) 358-2382<br><br>*Plaintiffs' Chair Lead Counsel* |

DB1/ 87482261.1