UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 1:14-cv-24009-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*ECONOMIC DAMAGES TRACK CASES*

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Plaintiffs Pamela Koehler, et al., individually and on behalf of all others similarly situated, respectfully submit this Notice of Supplemental Authority to draw the Court's attention to the Eleventh Circuit's recent precedential decision in *Carriuolo v. General Motors Co.*, No. 15-14442 (11th Cir. May 17, 2016), attached hereto as Exhibit A. In *Carriuolo*, the plaintiffs alleged that General Motors ("GM") had violated the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. § 501.201, *et seq.*, by misrepresenting the safety ratings of the 2014 Cadillac CTS to purchasers and lessees of the vehicle. *Id.* at 3. After denying GM's motion to dismiss, *see Carriuolo v. Gen. Motors LLC*, 72 F. Supp. 3d 1323 (S.D. Fla. 2014), the district court certified a class of persons within Florida who had purchased or leased a 2014 Cadillac CTS with a sticker affixed to it containing inaccurate information regarding the vehicle's safety ratings, Ex. A at 6. In its recent decision, the Eleventh Circuit affirmed the

district court's class certification order, rejecting many of the same arguments that Defendants here have raised in motions to dismiss.

Of particular significance, the Eleventh Circuit relied on *Collins v. DaimlerChrysler Corp.*, 894 So. 2d 988 (Fla. Dist. Ct. App. 2004), to endorse the plaintiff's "benefit of the bargain" model of class-wide damages, Ex. A at 14, the same authority and damages theory Plaintiffs have advanced in response to Defendants' argument that a defective vehicle must malfunction before an economic damages claim can be maintained (Dkt. 658 at 43-44).  As the Eleventh Circuit recognized in quoting *Collins*, "[t]his case turns on a relatively simple question, at least as to damages -- Is a car with defective seatbelt buckles worth less than a car with operational seatbelt buckles? Common sense indicates that it is[.]"  Ex. A at 14 (quoting *Collins*, 894 So. 2d at 991).  And, as the Eleventh Circuit further held, "the injury occurs at the point of sale because the false statement allows the seller to command a premium on the sales price."  Ex. A at 16.  The Eleventh Circuit's reliance on *Collins* and unequivocal endorsement of the "benefit of the bargain" theory of damages conclusively undermine Defendants' arguments that *Collins* no longer represents prevailing Florida law (Dkt. 608 at 12-13) and that a defective airbag must first explode or fail to deploy before a plaintiff can assert a claim for economic damages (Dkt. 608 at 10-16).

Dated: May 17, 2016

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
John Gravante (FBN 617113)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
25 West Flagler Street, Suite 800
Miami, Florida 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| **COLSON HICKS EIDSON** | **POWER ROGERS & SMITH, P.C.** |
|---|---|
| Lewis S. "Mike" Eidson | Todd A. Smith |
| mike@colson.com | tsmith@prslaw.com |
| Curtis Bradley Miner | 70 West Madison St., 55th Floor |
| curt@colson.com | Chicago, IL 60602 |
| 255 Alhambra Circle, PH | T: (312) 236-9381 |
| Coral Gables, FL 33134 | |
| T: 305-476-7400 | *Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| *Plaintiffs' Personal Injury Track Lead Counsel* | |

| | |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar. No. 145215)<br>Mark J. Heise (Fla. Bar. No. 771090)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 539-8400<br>Fax: (305) 539-1307<br>Email: szack@bsfllp.com<br>mheise@bsfllp.com<br><br>Richard B. Drubel<br>Jonathan R. Voegele<br>26 South Main Street<br>Hanover, NH 03755<br>Tel: (603) 643-9090<br>Fax: (603) 643-9010<br>Email: rdrubel@bsfllp.com<br>jvoegele@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>Todd Walburg<br>twalburg@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T: 415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd. |

4

|  | Baton Rouge, LA 70810<br>T: 225-761-6463<br><br><br>*Plaintiffs' Steering Committee* |
|--|--|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF and served upon all counsel of record via delivery of Elecronic Notices of Filing on May 17, 2016.

By: */s/ Peter Prieto*
Peter Prieto
